UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**09-22308-CIV-MORENO**

JONATHAN FLEXMAN, RYAN FLOETER, and
BENOIT MATHURIN,

     Plaintiffs,

vs.

150 SOUTH BEACH, LLC d/b/a DEVITO
SOUTH BEACH,

     Defendant.

_____/

## ORDER GRANTING MOTION TO VACATE DEFAULT JUDGMENT

THIS CAUSE came before the Court upon Defendant 150 South Beach, LLC's Motion to

Vacate Entry of Default **(D.E. No. 2)**, filed on **August 5, 2009**.

THE COURT has considered the motion and the pertinent portions of the record, and being

otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Defendant shall file a response to the complaint

by **September 14, 2009**.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of August, 2009.

                             _____
                             FEDERICO A. MORENO
                             CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record